UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No. 21-CR-81

JEREMIAH STRONGBEAR BERG, JR., et al.,

    Defendants.

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment in this matter, the Court hereby GRANTS the motion and orders that the 9mm SCCY handgun, serial number 904259, be, and hereby is, DISMISSED without prejudice from the forfeiture notice of the Indictment.

Dated at Green Bay, Wisconsin, this 24th day of September, 2021.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge